JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX TELLEZ, an individual<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF RIVERSIDE, et al.<br><br>Defendants. | **Case No. 5:23-CV-00755-WLH-SHK**<br><br>**JUDGMENT** |

Pursuant to the Court's Order granting Defendants' Motion for Summary Judgment,

IT IS HEREBY ADJUDGED that the following claims by Plaintiff FELIX TELLEZ against Defendants COUNTY OF RIVERSIDE, DEPUTY STRATTON, DEPUTY GARCIA, DEPUTY PRAJIN, and SERGEANT MOUNTZ in the Plaintiff's operative First Amended Complaint in this action are dismissed with prejudice:

(1) Violation of 42 U.S.C. section 1983: Unlawful Detention; and

(2) False Imprisonment and False Arrest.

Plaintiff's operative First Amended Complaint in this action is dismissed in its entirety with prejudice.

Dated: 12/26/2024

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE